DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WYLIE BILLUPS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3130

[January 28, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502008CF011478AXXXMB.

Wylie Billups, Okeechobee, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Walton v. State,* 106 So. 3d 522 (Fla. 1st DCA 2013), *rev. granted,* 123 So. 3d 1148 (Fla. 2014).

DAMOORGIAN, C.J., STEVENSON and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***